

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

*271-A Cadman Plaza East
Brooklyn, New York  11201*

May 15, 2024

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Jonathan Goulbourne,*
              No. 22-cr-106 (LDH)

Dear Judge DeArcy Hall:

      This letter is respectfully submitted on behalf of the Federal Bureau of Prisons to provide the Court with accurate information concerning Defendant Jonathan Goulbourne. In a letter dated May 14, 2024 (Dkt. #346), Mr. Goulbourne's counsel stated that "an officer" had advised Mr. Goulbourne that the sanction for his disciplinary infraction would be the loss of twenty-seven days of good time and four months of social visits and, therefore, he should be moved out of the Special Housing Unit (SHU).

      The Metropolitan Detention Center has confirmed that the Disciplinary Hearing Officer (DHO) conducted Mr. Goulbourne's hearing on May 14, 2024. The DHO found Mr. Goulbourne guilty of the charge (threatening bodily harm), and imposed the following sanctions to deter future misconduct: loss of 27 days of good time; 20 days disciplinary segregation (May 14-June 2, 2024); and 120 days loss of visits (May 14-September 10, 2024). Thus, Mr. Goulbourne is expected to remain in the SHU through June 2, 2024.

      Thank you for Your Honor's consideration of this submission.

                                        Respectfully submitted,

                                        BREON PEACE
                                        UNITED STATES ATTORNEY

                      By:    *s/Kathleen A. Mahoney*
                                        KATHLEEN A. MAHONEY
                                        Assistant U.S. Attorney
                                        Senior Litigation Counsel
                                        (718) 254-6026
                                        kathleen.mahoney@usdoj.gov

cc: By email
     Counsel of Record