**SHER TREMONTE LLP**

May 16, 2024

**VIA ECF AND EMAIL**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Marcus Ricketts, et al.*,
                Case No. 22-CR-106 (LDH)

Dear Judge DeArcy Hall:

      We represent Jonathan Goulbourne. We appreciate the government's clarification that our request that the Court order Mr. Goulbourne released from the SHU is not moot, ECF No. 347, and we accordingly renew it.

                                        Respectfully submitted,

                                        /s/ *Noam Biale*
                                        Noam Biale
                                        Martin Njoroge

                                        *Attorneys for Jonathan Goulbourne*

cc:     All counsel (via ECF)