

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271-A Cadman Plaza East*
*Brooklyn, New York 11201*

May 20, 2024

By ECF

Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States of America v. Jonathan Goulbourne,*
            No. 22-cr-106 (LDH)

Dear Judge DeArcy Hall:

      This letter is respectfully submitted in response to the Court's Order directing the Government to respond to Defendant Jonathan Goulbourne's letter dated May 19, 2024 (Dkt. #350). The five individuals whom the Court has directed to appear at the evidentiary hearing on May 23, 2024, are employees of the Federal Bureau of Prisons. As stated in the status report filed on behalf of the Metropolitan Detention Center on May 17, 2024 (Dkt. #349), the Department of Justice granted their requests for representation in this matter. The decision to authorize representation was made in accordance with and subject to 28 C.F.R. § 50.15. *See* Justice Manual § 4-5.412 (https://www.justice.gov/jm/jm-4-5000-tort-litigation#4-5.412); *see also* 28 U.S.C. § 517.

      Thank you for Your Honor's consideration of this submission.

                                            Respectfully submitted,

                                            BREON PEACE
                                            UNITED STATES ATTORNEY

                      By:    *s/*_____
                                            RICHARD K. HAYES
                                            Chief, Civil Division
                                            (718) 254-6050
                                            richard.hayes@usdoj.gov
                                            DARA A. OLDS
                                            Deputy Chief, Civil Division
                                            (718) 254-6148
                                            dara.olds@usdoj.gov
                                            KATHLEEN A. MAHONEY
                                            Senior Litigation Counsel
                                            (718) 254-6026
                                            kathleen.mahoney@usdoj.gov

cc: By email
Counsel of Record