SHER TREMONTE LLP

January 14, 2025

**VIA ECF AND EMAIL**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


      Re:    ***United States v. Marcus Ricketts, et al.,***
            Case No. 22-CR-106 (LDH)


Dear Judge DeArcy Hall:

     I represent Jonathan Goulbourne in the above-referenced matter.  Please find enclosed Defendant's Exhibits 1-3 from the January 13, 2025 Evidentiary Hearing, Bates-stamped DNJ0001-DNJ0064, DNJ00331, and DNJ0048, respectively.  I am providing the exhibits by email and respectfully request that they be filed temporarily under seal, pending the sealing motion that the government expects to file in connection with this matter.

               Respectfully submitted,

               */s/ Noam Biale*
               Noam Biale

               *Attorney for Jonathan Goulbourne*


CC:    All counsel (via ECF and email)