# EXHIBIT A

```
                                                                      1
 1                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF NEW YORK
 2     -------------------------------x
                                              22-CR-106(LDH)
 3     UNITED STATES OF AMERICA,
                                              United States Courthouse
 4                                            Brooklyn, New York
               -against-
 5                                            January 13, 2025
                                              10:00 a.m.
 6     JONATHAN GOULBOURNE,

 7              Defendant.

 8     -------------------------------x

 9         TRANSCRIPT OF CRIMINAL CAUSE FOR EVIDENTIARY HEARING
                  BEFORE THE HONORABLE LaSHANN DeARCY HALL
10                       UNITED STATES DISTRICT JUDGE

11

12                       A P P E A R A N C E S

13     For the Government:       UNITED STATES ATTORNEY'S OFFICE
                                 District of New Jersey
14                               970 Broad Street, Ste 700,
                                 Newark, New Jersey 07102
15                               Brooklyn, New York 11201
                                 BY:  MATTHEW J. MAILLOUX, ESQ.
16                               Assistant United States Attorney

17

18     For the Defendant:        SHER TREMONTE LLP
       Jonathan Goulbourne       80 Broad Street - 13th Floor
19                               New York, New York 10004
                                 BY:  NOAM BILE ESQ.
20

21     ALSO PRESENT:

22     For Elizabeth Lynch:      BY:  CHRISTOPHER HARWOOD, ESQ.

23                               BY:  ANNA ADAMS, ESQ.

24

25

                              LEEANN N. MUSOLF, RPR
                              Official Court Reporter
```

```
                                                                  2

 1   (Continuing.)

 2   For Marilyn Garcia:      BY: ELIZABETH WOLSTEIN, ESQ.

 3

 4   For Dr. Bruce Bialor:    BY: HEIDI WENDEL, ESQ.

 5

 6   For Blake Glucksnis:     BY: NICHOLAS KAIZER, ESQ.

 7

 8

 9

10

11

12   Court Reporter:          LEEANN N. MUSOLF, RPR, CCR
                              Phone:  718-613-2489
13                            Email:  lmusolf.edny@gmail.com

14

15

16

17

18

19

20

21

22

23

24

25   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
```

*LEEANN N. MUSOLF, RPR*
*Official Court Reporter*

*Proceedings* 4

1              MS. WENDEL:  Heidi Wendel for Dr. Bruce Bialor.

2              THE COURT:  Okay.

3              MR. KAIZER:  And Nicholas Kaizer, Levitt and Kaizer,

4    on behalf of Blake Glucksnis.

5              THE COURT:  Doctor Glucksnis?

6              MR. KAIZER:  No.

7              THE COURT:  Okay.  All right.

8              MR. BIALE:  Good morning, Your Honor.

9              Noam Biale for Jonathan Goulbourne.  Mr. Goulbourne

10   is on the phone with us, and I'm joined at counsel table by my

11   paralegal Carmine Hachenburg.

12             THE COURT:  Good morning.  You all may be seated.

13             All right, folks.  This is, at this point in time, a

14   long-awaited evidentiary hearing.  I want to first start by

15   extending my thanks and apologies to you all with respect to

16   the scheduling of the last hearing which you all know I had to

17   adjourn because of a family matter, but I will say

18   specifically my daughter had an audition for college, but she

19   has now since been accepted into Wesleyan and now is all good.

20   So thank you all for your patience.

21             All right, folks.  The purpose of this hearing is

22   for the Court to be able to better understand what transpired

23   with respect to provision of care to Mr. Goulbourne,

24   Mr. Jonathan Goulbourne, sometime in April, I think starting

25   April 14th of 2024.

1            First, the provision of care for Mr. Goulbourne
2    which started, again, with the complaint of abdominal pain on
3    the 14th.  My understanding is then treatment that began on
4    the 15th, emergency medical procedure that transpired later.
5    And then I need to get to the bottom of what transpired once
6    Mr. Goulbourne was returned to the MDC.
7            As you know all, I have some grave concerns about
8    the failure of the MDC, as I understand it from the
9    information that I have today, to provide Mr. Goulbourne with
10   all of the necessary medication that he was prescribed by the
11   physicians upon his return to MDC, in particular, antibiotics,
12   and to a lesser extent but not at all unimportant, the
13   provision of pain medications.
14           Now, the individuals who have been identified as
15   witnesses here today are individuals whose names were provided
16   to the Court by Ms. Papapetru at the last hearing who, as
17   everyone knows, serves as in-house counsel at the MDC, and my
18   understanding from her representations is that each of the
19   individuals who have been identified as witnesses played some
20   role either in the provision of care initially or some role in
21   the provision of lack thereof, of the medication.
22           So I want to happen is this is going to start off
23   with some examination by the parties.  I may interrupt if I
24   feel I need to to get some clarification.  I don't have an
25   order of witnesses that I prefer.  I don't know if you all