**SHER TREMONTE LLP**

January 2, 2026

**BY ECF**

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *United States v. Jonathan Goulbourne*, 22 Crim. 106 (LDH)

Dear Judge DeArcy Hall,

    I represent Jonathan Goulbourne. I write on behalf of my client to respectfully request that the Court issue its findings of fact in connection with the evidentiary hearing held on January 13, 2025. As the Court is aware, the parties submitted their proposed findings of fact on April 1, 2025. ECF Nos. 429, 430. My client is anxious for resolution of this matter. Accordingly, I respectfully request that the Court issue its findings of fact and convene the parties to be heard on the appropriate conclusions of law.

    Mr. Goulbourne appreciates the Court's consideration.

    Respectfully submitted,

    /s/*Noam Biale*
    Noam Biale

    *Attorney for Jonathan Goulbourne*

cc:    All counsel (by ECF)

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156